IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| VICKI JONES, AS EXECUTOR OF THE ESTATE OF GLENDA S. JONES AND TRUSTEE OF GLENDA JONES FAMILY IRREV TRUST 2/28/94,<br>　　　PlaintiffS<br><br>Vs.<br><br>ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA AND FIDELITY UNION LIFE INSURANCE COMPANY,<br>　　　Defendants | § § § § § § § § § § § § | Civil Action No. 1:23-CV-00115<br><br><br><br>JUDGE MICHAEL J. TRUNCALE |

## NOTICE OF SETTLEMENT

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Vicki Jones, as Executor of the Estate of Glenda S. Jones and Trustee of Glenda Jones Family Irrev Trust 2/28/94 and hereby files this Notice of Settlement to advise the Court that the parties have arrived at a mutually agreeable resolution of all claims contained within the pleadings. Plaintiff respectfully requests for all pending motions to be denied as moot.

Plaintiff respectfully requests the Court enter a forty-five (45) day conditional order of dismissal to finalize and conclude the terms of the settlement, saving jurisdiction over this matter to reinstate should settlement not be perfected. Upon completion of settlement, the parties shall file a Joint Stipulation of Dismissal with Prejudice within fourteen (14) days.

Dated: June 6, 2024.

Respectfully submitted,

*/s/ Joe Muckleroy*
Joe Muckleroy, Texas Bar No. 24065801
Clint Brasher, Texas Bar No. 24009915
Nishi Kothari, Texas Bar No. 24065801
Brooke Wilhelm, Texas Bar No. 24132378
**The Brasher Law Firm, PLLC**
1122 Orleans Street
Beaumont, Texas 77701
P: (409) 832-3737
F: (409) 832-3838
***Counsel for Plaintiffs***

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record, through CMECF on June 6, 2024.

*/s/ Joe Muckleroy*
Joe Muckleroy