IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| VICKI JONES, AS EXECUTOR OF THE ESTATE OF GLENDA S. JONES AND TRUSTEE OF GLENDA JONES FAMILTY IRREV TRUST 2/28/94,<br><br>*Plaintiff,*<br><br>VS.<br><br>ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA AND FIDELITY UNION LIFE INSURANCE COMPANY,<br><br>*Defendants.* | CIVIL ACTION NO. 1:23-CV-00115<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. [Dkt. 24]. The Parties have stipulated to a dismissal with prejudice as to all claims asserted in this matter. The Court hereby acknowledges that this matter is **DISMISSED WITH PREJUDICE** in its entirety, effective the date of the Parties' Joint Stipulation of Dismissal with Prejudice.

It is **ORDERED** that all Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions not previously ruled on are **DENIED AS MOOT**.

**SIGNED this 17th day of July, 2024.**

_____
Michael J. Truncale
United States District Judge